FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2024 AUG 27  PM 4:37

CLERK - LAS CRUCES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 24CR1219 RB |
| vs. | ) 8 U.S.C. §§ 1326(a) and (b): |
| | ) Re-entry of a Removed Alien. |
| NELSON OMAR ALFARO-ORELLANA, | ) |
| Defendant. | ) |

**INFORMATION**

The United States Attorney charges:

On or about July 12, 2024, the defendant, **NELSON OMAR ALFARO-ORELLANA**, an alien, knowingly entered, attempted to enter, and was found in the United States, in Doña Ana County, in the District of New Mexico, contrary to law in that the defendant had been previously deported, excluded and removed and departed the United States on or about August 26, 2022, while an Order of Exclusion, Deportation and Removal was outstanding, and the defendant had not obtained the express consent of the Secretary for Homeland Security to reapply for admission into the United States.

In violation of 8 U.S.C. §§ 1326(a) and (b).

ALEXANDER M.M. UBALLEZ
United States Attorney

*Silvia Delgado*

SILVIA DELGADO
Assistant U.S. Attorney
200 N. Church St.
Las Cruces, NM 88001
(575) 522-2304